UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **MONIQUE DUDLEY**, and **NOREEN COSTA**, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TRUE COVERAGE, L.L.C.**, as<br><br>Defendants. | Case No.: 2:18-CV-03760-PA-AGR<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court pursuant to the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the above-referenced case be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Dated:  April 11, 2019

## Stipulation of the Parties:

The parties, by the signatures of their counsel below, hereby stipulate and agree to the entry of the above Order.

Dated: April 1, 2019  Respectfully Submitted,

By: /s/ JL Sean Slattery
JL Sean Slattery
SLATTERY, SOBEL & DECAMP, LLP
*Counsel for Defendant True Coverage, LLC*

Dated: April 1, 2019  Respectfully Submitted,

By: /s/ Gregory Mauro
Gregory Mauro
JAMES HAWKINS, APLC
*Counsel for Plaintiffs and Proposed Class and Collective Members*

Dated: April 1, 2019  Respectfully Submitted,

By: /s/ Kevin J. Stoops
Kevin J. Stoops (*pro hac vice*)
SOMMERS SCHWARTZ, P.C.
*Counsel for Plaintiffs and Proposed Class and Collective Members*